UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SOLIS GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. 1:16-cv-00455-DAD-MJS (HC)<br><br>**ORDER GRANTING MOTION TO CHANGE RESPONDENT**<br><br>**(ECF NO. 18)**<br><br>**ORDER DENYING MOTION FOR COPIES**<br><br>**(ECF NO. 19)** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On October 4, 2017, he filed two motions in this case.

The first of these states that Petitioner has moved to a different institution and he requests that the Court substitute the new warden as Respondent. This request will be granted. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Warden Dean Borders is hereby substituted as the proper Respondent in this action.

The second motion requests a copy of Petitioner's first amended petition and any report, recommendation, or denial thereon. However, no amended petition has been filed. Additionally, the original petition has not been addressed on the merits and no report, recommendation, or denial exists.

| | |
|---|---|
| 1 | The matter now is fully briefed and ready for disposition. Petitioner does not |
| 2 | explain why he requires copies of court documents at the present time. The request will |
| 3 | be denied without prejudice. |
| 4 | For the foregoing reasons, it is HEREBY ORDERED that: |
| 5 | 1. The motion to change respondent (ECF No. 18) is GRANTED; and |
| 6 | 2. The motion for copies (ECF No. 19) is DENIED. |

IT IS SO ORDERED.

Dated: October 7, 2017       /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE